1  THOMAS A. WOODS (SB #210050)
   thomas.woods@stoel.com
2  COREY M. DAY (SB #311021)
   corey.day@stoel.com
3  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
4  Sacramento, CA  95814
   Telephone: 916.447.0700
5  Facsimile:  916.447.4781

6  Attorneys for Plaintiff
   POWER BUSINESS TECHNOLOGY, LLC,
7

8

9               UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER BUSINESS TECHNOLOGY, INC., | Case No. 2:23-cv-00518-AC |
| Plaintiff, | [~~PROPOSED~~] ORDER EXTENDING TIME FOR PLAINTIFF POWER BUSINESS TECHNOLOGY, INC TO SERVE COMPLAINT ((FRCP 4(m), 6(b)) |
| v. | |
| WiZiX TECHNOLOGY GROUP, INC.; GARY JOHNSON; TYLER JOHNSON; ERIC MCINTOSH; BRAD FARNUM; JOE POWER; and DOE Defendants 1 through 20, inclusive, | COURTROOM:    26<br>JUDGE:  Hon. Allison Claire |
| Defendants. | |

The *ex parte* application of Plaintiff Power Business Technology, Inc. ("Power") for an order extending its time to serve the complaint in this matter pursuant to FRCP 4(m) and 6(b) having been heard, and the arguments of counsel, if any, having been considered it is ordered that:

Power's e*x parte* application to extend the time to serve the complaint in this matter pursuant to FRCP 4(m) and 6(b) is GRANTED. The complaint in this matter shall be served by July 17, 2023.

IT IS SO ORDERED.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE