THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
COREY M. DAY (SB #311021)
corey.day@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Plaintiff
POWER BUSINESS TECHNOLOGY, LLC

**BOUTIN JONES INC.**
Daniel S. Stouder (SBN 226753)
Ian K. McGlone (SBN 315201)
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
T: (916) 321-4444/F: (916) 441-7597
Email: dstouder@boutinjones.com
          imcglone@boutinjones.com

Attorneys for Defendants
WiZiX Technology Group, Inc., Gary Johnson,
Tyler Johnson, Brad Farnum, and Joseph Power

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| POWER BUSINESS TECHNOLOGY, LLC, | Case No. 2:23-CV-00518-DAD-AC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER [ECF NO. 45]** |
| vs. | |
| WiZiX TECHNOLOGY GROUP, INC.; GARY JOHNSON; TYLER JOHNSON; BRAD FARNUM; JOSEPH POWER; and DOE Defendants 1 through 20, inclusive, | |
| Defendants. | Complaint filed:   March 17, 2023 |

///
///
///
///

1

PROOF OF SERVICE

4929-2278-7633.2

Plaintiff, Power Business Technology, Inc. ("Plaintiff") and Defendants, WiZiX Technology Group, Inc. ("Wizix"), Gary Johnson, Tyler Johnson, Brad Farnum, and Joe Power (collectively "Defendants"), by and through their counsel of record, met and conferred on the existing scheduling order, issued on September 18, 2024. (ECF No. 45.)

The Parties agree that, despite diligent efforts to advance the case, good cause exists to modify the scheduling order.  FRCP Rule 16(b).  Additional time is necessary to complete discovery and prepare for trial.  Specifically, the parties anticipate that discovery will require the review and production of a significant amount of electronically stored information ("ESI"), and will include the exchange of highly sensitive information that will necessitate a protective order.  To that end, the parties are working on an ESI protocol, appropriate search terms, and stipulated protective order, in addition to meeting and conferring on other discovery-related issues.  The current fact discovery deadline of July 7, 2025 creates an unnecessary burden on all parties, especially since trial is not set to begin until April of 2026.  The Parties believe the scheduling order can be modified without changing the trial date.

Accordingly, the Parties hereby stipulate and submit the following proposed changes to certain deadlines in the September 18, 2024 scheduling order:

| Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Shall Be Completed | July 7, 2025 | December 1, 2025 |
| Disclosure of Initial Experts and Production of Reports | July 18, 2025 | December 15, 2025 |
| Disclosure of Rebuttal Experts and Production of Reports | August 19, 2025 | January 5, 2025 |
| Expert Discovery Shall be Completed | September 16, 2025 | January 16, 2026 |
| Deadline to file all motions, except motions for continuances, temporary | October 31, 2025 | January 23, 2026 |

| | | |
|---|---|---|
| restraining orders, or other emergency applications | | |
| Final Pretrial Conference | February 25, 2026 at 10:00 a.m. | No change. |
| Jury Trial | April 27, 2026 at 9:00 a.m. | No change. |

DATED: April 18, 2025

STOEL RIVES LLP

By: */s/ Corey M. Day*
    THOMAS A. WOODS
    COREY M. DAY
    Attorneys for Plaintiff POWER
    BUSINESS TECHNOLOGY, LLC

DATED:  April 18, 2025

BOUTIN JONES INC.

BY: */s/ Ian K. McGlone*
    Daniel S. Stouder
    Ian K. McGlone

Attorneys for Defendants
WiZiX Technology Group, Inc., Gary Johnson,
Tyler Johnson, Brad Farnum, and Joseph Power

[~~PROPOSED~~] ORDER

Before the Court is the Parties' stipulation regarding proposed changes to the September 18, 2024 scheduling order. (ECF No. 45.) After reviewing the stipulation, the Court finds that good cause exists to revise the scheduling order and revises it as follows:

| Deadline | Current Deadline | New Deadline |
| --- | --- | --- |
| Fact Discovery Shall Be Completed | July 7, 2025 | December 1, 2025 |
| Disclosure of Initial Experts and Production of Reports | July 18, 2025 | December 15, 2025 |
| Disclosure of Rebuttal Experts and Production of Reports | August 19, 2025 | January 5, 2025 |
| Expert Discovery Shall be Completed | September 16, 2025 | January 16, 2026 |
| Deadline to file all motions, except motions for continuances, temporary restraining orders, or other emergency applications | October 31, 2025 | January 23, 2026 |
| Final Pretrial Conference | February 25, 2026 at 10:00 a.m. | No change. |
| Jury Trial | April 27, 2026 at 9:00 a.m. | No change. |

IT IS SO ORDERED.

DATED: May 21, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE