THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
COREY M. DAY (SB #311021)
corey.day@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Plaintiff
POWER BUSINESS TECHNOLOGY, LLC

**BOUTIN JONES INC.**
Daniel S. Stouder (SBN 226753)
Ian K. McGlone (SBN 315201)
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
T: (916) 321-4444/F: (916) 441-7597
Email: dstouder@boutinjones.com
imcglone@boutinjones.com

Attorneys for Defendants
WiZiX Technology Group, Inc., Gary Johnson,
Tyler Johnson, Brad Farnum, and Joseph Power

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| POWER BUSINESS TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>WiZiX TECHNOLOGY GROUP, INC.; GARY JOHNSON; TYLER JOHNSON; BRAD FARNUM; JOSEPH POWER; and DOE Defendants 1 through 20, inclusive,<br><br>Defendants. | **Case No. 2:23-CV-00518-AC**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING SCHEDULING ORDER [ECF NOS. 45, 47 & 52]**<br><br>Complaint filed: March 17, 2023 |

Plaintiff, Power Business Technology, Inc. ("Plaintiff") and Defendants, WiZiX Technology Group, Inc., Gary Johnson, Tyler Johnson, Brad Farnum, and Joe Power (collectively "Defendants"), by and through their counsel of record, met and conferred on the existing scheduling order, issued on

September 18, 2024, and modified on May 21, 2025 and September 23, 2025. (ECF Nos. 45, 47, & 52.)

The Parties agree that, despite diligent efforts to advance the case, good cause exists to modify the scheduling order to promote settlement discussions, and the requested modification **will not affect the trial date in this matter**. FRCP Rule 16(b). As the close of fact discovery approaches the parties' positions and evidence in support thereof has clarified. The parties agree that limited issues surrounding two depositions remain outstanding – namely, the potential continuation of Plaintiff's deposition of Defendant Gary Johnson on one topic for fifteen minutes and the completion of Plaintiff's Rule 30(b)(6) deposition of WiZiX Technology Group, Inc., subject to the parties' further meet and confer efforts (collectively, the "Pending Depositions").

The Parties further agree that extending fact discovery for only the Pending Depositions until September 21, 2026, while also continuing all other deadlines by two weeks will give the parties time to pause spending time and expense on litigation and instead focus on putting that effort toward a good faith settlement.

Accordingly, the Parties hereby stipulate and submit the following proposed changes to certain deadlines in the scheduling order:

| **Deadline** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Fact Discovery Shall Be Completed | September 1, 2026 | September 1, 2026; except that fact discovery is continued until September 21, 2026 for the limited purposes of the potential continuation of Plaintiff's deposition of Defendant Gary Johnson on one topic for fifteen |

| | | |
|---|---|---|
| | | minutes and the completion of Plaintiff's Rule 30(b)(6) deposition of Defendant WiZiX Technology Group, Inc. |
| Disclosure of Initial Experts and Production of Reports | September 15, 2026 | September 29, 2026 |
| Disclosure of Rebuttal Experts and Production of Reports | October 5, 2026 | October 19, 2026 |
| Expert Discovery Shall be Completed | October 16, 2026 | October 30, 2026 |
| Deadline to file all motions, except motions for continuances, temporary restraining orders, or other emergency applications | October 23, 2026 | November 6, 2026 |
| Final Pretrial Conference | December 2, 2026 at 10:00 a.m. | December 2, 2026 at 10:00 a.m. |
| Jury Trial | February 1, 2027 at 10:00 a.m. | February 1, 2027 at 10:00 a.m. |

DATED: August 28, 2026

STOEL RIVES LLP

By: */s/ Thomas A. Woods*
THOMAS A. WOODS
COREY M. DAY
Attorneys for Plaintiff POWER BUSINESS TECHNOLOGY, LLC

DATED: August 28, 2026

BOUTIN JONES INC.

BY: */s/ Ian K. McGlone*
Daniel S. Stouder
Ian K. McGlone

Attorneys for Defendants
WiZiX Technology Group, Inc., Gary Johnson, Tyler Johnson, Brad Farnum, and Joseph Power

[~~PROPOSED~~] ORDER

Before the Court is the Parties' stipulation regarding proposed changes to the scheduling order issued on September 18, 2024, and modified on May 21, 2025 and September 23, 2025. (ECF Nos. 45, 47, & 52.) After reviewing the stipulation, the Court finds that good cause exists to revise the scheduling order and revises it as follows:

| **Deadline** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Fact Discovery Shall Be Completed | September 1, 2026 | September 1, 2026; except that fact discovery is continued until September 21, 2026 for the limited purposes of the potential continuation of Plaintiff's deposition of Defendant Gary Johnson on one topic for fifteen minutes and the completion of Plaintiff's Rule 30(b)(6) deposition of Defendant WiZiX Technology Group, Inc. |
| Disclosure of Initial Experts and Production of Reports | September 15, 2026 | September 29, 2026 |
| Disclosure of Rebuttal Experts and Production of Reports | October 5, 2026 | October 19, 2026 |
| Expert Discovery Shall be Completed | October 16, 2026 | October 30, 2026 |

| | | |
|---|---|---|
| Deadline to file all motions, except motions for continuances, temporary restraining orders, or other emergency applications | October 23, 2026 | November 6, 2026 |
| Final Pretrial Conference | December 2, 2026 at 10:00 a.m. | December 2, 2026 at 10:00 a.m. |
| Jury Trial | February 1, 2027 at 10:00 a.m. | February 1, 2027 at 10:00 a.m. |

IT IS SO ORDERED.

DATED: August 28, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE